# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIKE and KRIS FOSTER, a marital community,<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br><br>THE STATE OF WASHINGTON, DEPARTMENT OF LABOR AND INDUSTRIES and JANINE REES, an individual,<br><br>　　　　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C19-1310-JCC |

\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Plaintiffs' claims pursuant to 42 U.S.C. § 1983 are DISMISSED.

DATED this 21st day of July 2020.

　　　　　　　　　　　　　　　　　　　　WILLIAM M. MCCOOL
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　 /s/ *Tomas Hernandez*
　　　　　　　　　　　　　　　　　　　　Deputy Clerk